1  Susan St. Vincent
   Acting Legal Officer
2  Matthew McNease
   Acting Legal Officer
3  NATIONAL PARK SERVICE
   Law Enforcement Office
4  P.O. Box 517
   Yosemite, California 95389
5  Telephone: 209-372-0241

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES GOVERNMENT,      )   CASE: 6:12-MJ-0097-MJS
                                  )
11         Plaintiff,              )
                                  )   STIPULATION TO VACATE
12    vs.                          )   TRIAL DATE AND SET FOR
                                  )   PLEA AND SENTENCE; AND.
13 LORRAINE KUBIAK,                )   ORDER THEREON
                                  )
14         Defendant.              )   Court: U.S. District Court - Yosemite
                                  )   Judge: Honorable Michael J. Seng
15 _____)

16

17     IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal

18 officer for the National Park Service, Defendant, Lorraine Kubiak, and her attorney of record,

19 Andras Farkas, that the Bench Trial in the above-captioned matter currently scheduled for April

20 3, 2013 be vacated, and the matter be set for Plea and Sentence on April 3, 2013, at

21 10:00 a.m.

22

23 Dated: March 27, 2013              /s/ Matthew McNease
                                      Matthew McNease
24                                    Acting Legal Officer for
                                      National Park Service

25

26 Dated: March 27, 2013              /s/ Andras Farkas
                                      Andras Farkas
27                                    Attorney for
                                      Lorraine Kubiak

28

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request to vacate the Trial Date in *U.S. v. Lorraine Kubiak*, 6:12-mj-97-MJS, now set for April 3, 2013, and set the matter for entry of plea and sentencing on April 3, 2013, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The Trial set for April 3, 2013, is vacated.
2. The above-captioned matter is now set for entry of plea and sentencing on April 3, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated:    March 27, 2013             /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE