| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | LORRAINE CAROL KUBIAK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  6:12-mj-00097-MJS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR |
| | ) | EXTENSION OF PROBATION |
| vs. | ) | |
| | ) | |
| LORRAINE CAROL KUBIAK, | ) | JUDGE: Hon. Michael J. Seng |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the probation period now scheduled to end on April 3, 2015, may be extended for a period of 12 months to April 3, 2016.

This extension of probation is requested by the parties so defendant can complete payments on the remaining balance of her $2,000.00 fine and complete the DMV multi-offenders course.  Defendant was unable to complete the above-listed conditions within the previously ordered period of probation due to a personal tragedy which resulted in severe financial hardship. Defendant has now stabilized herself financially and will be able to complete the terms of her probation within the next 12 months. The requested extension of probation by stipulation of the parties will conserve time and resources for all parties and the court.

//

//

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 26, 2015               By:     */s/ Matthew McNease*
                                            MATTHEW MC NEASE
                                            Acting Legal Officer
                                            National Park Service
                                            Yosemite National Park


                                            HEATHER E. WILLIAMS
                                            Federal Defender


DATED: March 26, 2015               By      */s/ Megan T. Hopkins*
                                            MEGAN T. HOPKINS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            LORRAINE C. KUBIAK


# O R D E R

The above STIPULATION TO EXTEND PROBATION in Case No. 6:12-mj-00097-MJS is hereby **DENIED** without prejudice to its resubmission with evidence, under oath, as to the circumstances which prevented Defendant from complying with the terms of the sentence imposed upon her and setting forth actual steps taken by her to try to comply with the terms of that sentence.

IT IS SO ORDERED.

Dated:   March 30, 2015                      /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE