Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LORRAINE CAROL KUBIAK,<br><br>　　　　　Defendant. | DOCKET NO. 6:12-mj-097-MJS<br><br>**STATEMENT OF ALLEGED PROBATION VIOLATION(S)**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

　　　Defendant, Lorraine Carol KUBIAK, was arrested October 1, 2012, in Yosemite National Park and charged with five counts in a criminal complaint: Count 1: Speeding; Count 2: No insurance; Count 3: Driving under the influence of alcohol; Count 4: Possessing an open container of alcohol in a vehicle; and Count 5: Driving with a BAC greater than 0.08%. KUBIAK plead guilty April 3, 2013, to Count 5, and all other counts were dismissed. KUBIAK was sentenced to the following: pay a $2,000 fine, complete the DMV multi-offenders course, attend AA once weekly for six months, 24 months of unsupervised probation, obey all laws, and to report new law violations. The Government alleges Lorraine Carol KUBIAK has violated the following condition(s) of her unsupervised probation:

//

<u>CHARGE ONE</u>:	FAILURE TO PAY FINE

KUBIAK was ordered to pay a fine of $2,000. To date, KUBIAK has paid $600.

<u>CHARGE TWO</u>:	FAILURE TO ATTEND AA

KUBIAK was ordered to attend AA once weekly for six months. To date, the Yosemite Legal Office has not received proof of attendance.

<u>CHARGE THREE</u>:	FAILURE TO COMPLETE DMV COURSE

KUBIAK was ordered to attend and complete the DMV multi-offender course before the end of probation. To date, the Yosemite Legal Office has not received proof of completion.

The Yosemite Legal Office respectfully requests the above referenced matter, *U.S. v. Lorraine Carol Kubiak*, 6:12-mj-097-MJS, be put back on calendar at a time convenient for the Court.

Dated: March 30, 2015           By: /s/ Matthew McNease
                                Matthew McNease
                                Acting Legal Officer
                                Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

(XXX) Submit a Request for Warrant or Summons.

IT IS SO ORDERED.

Dated:   March 31, 2015           /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE