HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
LORRAINE CAROL KUBIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:12-MJ-00097-MJS |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF PROBATION AND EXHIBITS A-E |
| vs. | |
| LORRAINE CAROL KUBIAK, | JUDGE: Hon. Michael J. Seng |
| Defendant. | |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the probation period now scheduled to end on April 3, 2015, may be extended for a period of 12 months to April 3, 2016.

　　　　This extension of probation is requested by the parties so defendant can complete payments on the remaining balance of her $2,000.00 fine and complete the DMV second-time offenders course.  Defendant was unable to complete the above-listed conditions within the previously ordered period of probation due to a personal tragedy which resulted in severe financial hardship. (*See* Exhibits A-E) Defendant has now stabilized herself financially and will be able to complete the terms of her probation within the next 12 months. The requested extension of probation by stipulation of the parties will conserve time and resources for all parties and the court.

//

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: April 1, 2015         By:    */s/ Matthew McNease*
                                    MATTHEW MC NEASE
                                    Acting Legal Officer
                                    National Park Service
                                    Yosemite National Park


HEATHER E. WILLIAMS
Federal Defender

DATED: April 1, 2015         By     */s/ Megan T. Hopkins*
                                    MEGAN T. HOPKINS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    LORRAINE C. KUBIAK

# **O R D E R**

Good cause appearing, the above STIPULATION TO EXTEND PROBATION in Case No. 6:12-MJ-00097-MJS is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   April 7, 2015                       /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE