Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  6:12-mj-0097-MJS |
| Plaintiff, | |
| v. | **MOTION TO WITHDRAW ALLEGATION OF PROBATION VIOLATION; AND ORDER THEREON** |
| LORRAINE CAROL KUBIAK, | |
| Defendant. | |

The United States, by and through it representative, legal officer Susan St. Vincent, hereby moves to withdraw the Statement of Alleged Probation Violation and requests an order thereon.  The Statement of Alleged Probation violation was signed by this Court and filed on March 30, 2016.  The government does not believe it can prove jurisdiction for the probation violations.

.

Dated: April 28, 2016                    NATIONAL PARK SERVICE

                                                          /S/ Susan St. Vincent
                                                       Susan St. Vincent
                                                       Acting Legal Officer

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced probation violation in the matter of, *United States v. Kubiak* 6:13-12-mj-0097-MJS, be withdrawn.

IT IS SO ORDERED.

Dated:   April 29, 2016                           /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE